**Electronically Filed
Supreme Court
SCWC-18-0000243
19-JUL-2021
09:48 AM
Dkt. 11 ODAC**

SCWC-18-0000243

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

v.

ANTONIO GIMBERNAT, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000243; CASE NO. 2DCW-17-0000982)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Antonio Gimbernat's application for writ of certiorari, filed on June 3, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, July 19, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

